## RECONSIDERATION DOCKET

**01–1035. Columbus Metro. Hous. Auth. v. Flowers.**
Franklin App. No. 00AP–833. Reported at 93 Ohio St.3d 1472, 757 N.E.2d 771. On amended motion for reconsideration. Motion denied.

**01–1564. State v. Gammalo.**
Cuyahoga App. No. 78531. Reported at 93 Ohio St.3d 1474, 757 N.E.2d 772. On motion for reconsideration. Motion denied.

**01–1581. State v. Luckett.**
Cuyahoga App. No. 77527. Reported at 93 Ohio St.3d 1474, 757 N.E.2d 772. On motion for reconsideration. Motion denied.
  Moyer, C.J., Pfeifer and Lundberg Stratton, JJ., dissent.

**01–1592. State v. English.**
Montgomery App. No. 18648. Reported at 93 Ohio St.3d 1474, 757 N.E.2d 772. On motion for reconsideration. Motion denied.
  Pfeifer, J., dissents.

**01–1940. State ex rel. Bartone v. Montgomery Cty. Bd. of Elections.**
Montgomery App. No. 19055. Reported at 93 Ohio St.3d 1479, 757 N.E.2d 1162. On motion for reconsideration. Motion denied.
  Moyer, C.J., dissents.

**01–1967. Evans v. Evans.**
Franklin App. Nos. 00AP–1459 and 00AP–1466. Reported at 93 Ohio St.3d 1478, 757 N.E.2d 775. On motion for reconsideration. Motion denied.